■ ETHEL HINTON et al., Appellants, v. CITY OF NEW YORK et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents (see *Lopez* v. *Vesce*, 4 A D 2d 1032; *Emrick* v. *Paramount Restaurant*, 6 A D 2d 686). Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ GERTRUDE DATTNER et al., Appellants, v. 420 EAST 86TH STREET CORP., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents (see *Lopez* v. *Vesce*, 4 A D 2d 1032; *Emrick* v. *Paramount Restaurant*, 6 A D 2d 686). Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ ALBERT E. LEFFERT v. HYMAN MARCUS et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JACOB GOTTLIEB v. GUSTAVE B. GARFIELD et al. ARTHUR R. SILSDORF et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ STORK RESTAURANT, INC. v. LOUIS FERNANDEZ, as President, et al. — Motion for leave to reargue or for leave to appeal to the Court of Appeals, or in the alternative, for resettlement of the order of modification, entered May 4, 1959, denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ JACOB RASSNER v. SYNDICATE BUILDING CORPORATION.— Application denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ DANIEL E. CONWAY, as President, et al., v. JAMES G. CROSS, as President, et al.— Motion for stay denied, with leave, however, to defendants-appellants to serve an answer within five days after service upon their attorneys of a copy of the order herein, with notice of entry thereof. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ DANIEL E. CONWAY, as President, et al., v. JAMES G. CROSS, as President, et al.— Motion for stay denied, with leave, however, to defendants-appellants to serve an answer within five days after service upon their attorneys of a copy of the order herein, with notice of entry thereof. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ MATTHEW J. LANGERT v. FRANCO SCALAMANDRE et al.— Motion by VIOLA GRATTEN and others to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ MATTHEW J. LANGERT v. FRANCO SCALAMANDRE et al.— Motion by Franco Scalamandre and others to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JUNIUS REEVES.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.